# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ELIZABETH SANCHEZ, DAVID GONZALEZ and ADAN SANCHEZ,

    Plaintiffs,

v.                                       Case No. 6:21-cv-337-JA-EJK

LA CANTINA COCINA MEXICANA, INC.,

    Defendant.

---

## ORDER

This case is before the Court on the parties' Joint Motion to Approve Settlement Agreement (Doc. 16). The assigned United States Magistrate Judge submitted a Report and Recommendation (Doc. 21) recommending that the motion be granted. Neither party filed an objection to the Report and Recommendation.

After review of the record in this matter, and noting that the parties did not file objections, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.     The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement (Doc. 16) is **GRANTED**.

3. The FLSA Settlement Agreements (Doc. 16-1) are **APPROVED**.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on September 8ᵗʰ, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties